UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CODY MILLER WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Case No. 4:23-cv-00054-BLW<br>Criminal Case No. 4:19-cr-00181-BLW-1<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Petitioner Williams' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Civ. Dkt. 1; Crim. Dkt. 97) is **DENIED AND DISMISSED** in its entirety. The Clerk shall close the civil case.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the certificate of appealability under 28 U.S.C. § 2253 is DENIED.

DATED: January 4, 2024

_____
B. Lynn Winmill
U.S. District Court Judge